"GREETINGS (AND) RESPECTFULLY"
THU - NOV. 30. 2023, 5:54 PM

STATES

WELL WISHINGS
RESPECT'S,
REGARDS...
BEST'S

THU -
NOV. 30, 2023, UNITED STATES DISTRICT COURT
6:31 PM SOUTHERN DISTRICT OF NEW YORK
IGPP U.S.A. INC.
MOSHIR, AL

AL MOSHIR [AND / OR/AS] -

- "□□ IGPP U.S.A. INC. O□"

Write the full name of each plaintiff.

① → UNITED MARSHAL
SERVICES COURT
OFFICER OF THE
RELATED CONCERNINGS,
② → UNITED STATES MARSHAL
- SERVICES.
③ → NEW YORK CITY
④ → NEW YORK STATE
⑤ → U.S.A.

_____ CV _____
(Include case number if one has been assigned)

⑥ → ANY (AND)
ALL ENTITY(IES)
OF HERE/IN, BY (AND)
THROUGH IN
NOT: SAID OF F/OR
SHOULD BE ADDED!

- AGAINST -
THE ATTACHED (FIND THE: "□□ IGPP U.S.A. INC. O□"

-against-

(IN'S)

- WED - NOV. 29. 2023, 5:27 PM ('S)]
OF: SEVEN (7) PAGES!

C. RESPONDEDS OF DATED: -

**COMPLAINT**

Do you want a jury trial?
□ Yes   □ No

INCLUDINGS: UNITED STATES MARSHAL SERVICES
LISTED TEN (10) ITEMS (FOR, IN) ENTITIES OF 30 OF AS THROUGH
THE STATED LEGAL CORRESPONDEDS OF THE SEVEN (7) PAGES
OF THE AS DATED AS:
WED - NOV. 29. 2023,
5:27
PM
('S)

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

THERE IS NO OTHER THAN THIS ONE (1) PAGE OF THE
COURT FORM(S) INVOLVED (IN, FOR, AS, THROUGH)
THE: THIS FILING(S) → EXCEPT OF THE/ITS ATTACHMENTS (FIND) OF THE:
SEVEN (7) PAGES OF DATED: WED - NOV. 29. 2023,
5:27 PM
('S)
OF (AND) IN
THE:

RECEIVED
DEC 01 2023
CLERK'S OFFICE
S.D.N.Y.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

"□□ IGPP U.S.A. INC. O□" 'S LEGAL CORRESPONDEDS

THE: CLAIMS + FACTS + RELIEF/RELIEVES, ETC... ARE ALL -
TO BE (AND) TO HAVE BEEN: FOUND OF SO: AS (AND) -
WHILE, THROUGH (AND) WITHIN, THE SUCH SAID DATED OF
SEVEN PAGES OF THE: "□□ IGPP U.S.A. INC. O□" 'S
LEGAL CORRESPONDEDS!

Rev. 1/9/17

"GREETINGS (AND) RESPECTFULLY"

WED - NOV. 29. 2023, 5:27PM

PAGE
1 OF X → 7

#① → DEAR :

    I → UNITED NATIONS :   ⓘ → ORGANIZATION
                             ⓘⓘ → SECRETARY
                             ⓘⓘⓘ → MEMBERS

    II → INTERNATIONAL :

              COURT OF JUSTICES
                   +
          COURT OF JUSTICES' PRESIDENT

    III → INTERNATIONAL :

              CRIMINAL COURT
                 +
          CRIMINAL COURT'S PRESIDENT

IV → U.S.A. DEPARTMENT OF JUSTICES

V → U.S.A. ATTORNEY GENERAL

VI → U.S.A. DEPARTMENT OF STATE

VII → U.S.A. SECRETARY OF STATE       !

VIII → NEW YORK STATE('s) GOVERNER

IX → NEW YORK STATE('s) ATTORNEY GENERAL

X → ANY (AND) ALL OF HERE, NOT STATED ENTITY(S), OF SHOULD BE; STATED
    AT ANY : TIME AND POINT

# ② →

OF

HERE [IN, BY (AND) THROUGH] FIND THE

SUBSEQUENT:

PAGE
2 OF 6 → 7

Ⓘ → IN; CONCERNINGS, RELATIONS, RESPECTS, REGARDINGS,
REFERENCES

OF SO AS TO THE; AS; FOR;

"☐☐ IGPP U.S.A. INC. ☐☐"('S) [AND/OR/AS] AL MOSHIR ('S), OF SO AS IN:
ONLY AS HAVE BEEN SO ASSIGNED OF BY → LAURA TAYLOR SWAIN (SO FAR) SO OF AS ONLY
FIVE(S); RESPONSES AS TO THE CASE NUMBERS OF:
OF SO AS BELOW ADDRESSED,                                              AND

ⓘ →

ANY DESCRIPTION(S) F,
ACCORDING TO THE STATEMENTS
OF THE COURTS' OF AS
ON THE RESPONSES

→ PLAINTIFF: AL MOSHIR, AGAINST: CARLEEN LEZAMA (DEFENDANTS)
THE CASE NUMBER #: 1:23-CV-7831 (LTS)
SIGNED) BY (LTS) OF: NOVEMBER 16 (SIXTEEN), 2023
LAURA TAYLOR SWAIN                              NEW YORK, NEW YORK

ⓘⓘ → PLAINTIFF: AL MOSHIR, AGAINST: JOHN/JANE DOE, ET AL,
THE CASE #: 23-CV-6242 (LTS) OF: SIGNED/SIGNATURED AS ON:
OCTOBER 10. 2023 →
↳ NEW YORK, NEW YORK

ⓘⓘⓘ → PLAINTIFF: AL MOSHIR, AGAINST: NYPD, ET AL., (DEFENDANTS)
THE CASE #: 23→ 23-CV-7414 (LTS) OF: AUG. 23. 2023
NEW YORK, NEW YORK

ⓘⓥ → PLAINTIFF: ALI MOSHIR, AGAINST: THE RELATED INVOLVING AS
THE CASE #: 23-CV-7641 (LTS)         PERPETRATORS OF MENTIONS
ADDRESSED THROUGH THE
TWO (2) APP U.S.A. INC.

ⓥ → PLAINTIFF: AL MOSHIR, AGAINST: NEW YORK LEGAL ASSISTANCE
GROUP/NYLAG, ET AL.,

SO AS THEREFORE AS (ON/THIS MORNING OF TODAY'S OF) -

- WED) - NOV. 29. 2023 WHILE BETWEEN; 8:45 AM (AND) -

- 9:00 AM [OF SO AS FINALLY THE "□O IGPP U.S.A. INC.□□"
  {AND/OR/AS]
  AL MOSHIR ('S) WITH SO MUCH TO DOS ON THE LISTS!

SO AS HAVING MADE IT TO THE:

COURTS/40 FOLEY SQUARE
NEW YORK, NEW YORK
10007
U.S.A.

YET OF SO AS TO: REFER TO, STOP BY; THE: 2ND CIRCUIT COURT -

- OF APPEALS FOR (AND) OF SO AS; TO: FILE; THE/FOR THE:

{EXTENSIONS/MORE TIMES   (+)   APPEAL (IN, ALMOST, ALL OTHER/ALL)
IN ANY AS RELATED TO AS SOME OR ANY                CASES
OF THE CASE(S) OF
MAYBE ONE (INCLUDING;
SPECIFICALLIES
OF; THE CASE OF:
AL MOSHIR/ALI MOSHIR
AGAINST
CARLEEN LEZAMA

"□O IGPP U.S.A.
INC.□□" (AND/OR/AS)
('S)

BUT UNFORTUNATELIES THE SUCH SAID CONCERNING AL MOSHIR OF-
-CONSPIRED, ETC... (AGAINST
HAS BEEN (AND BLOCKED OF) DENIED ACCESS TO THE: JUSTICES, JUSTICES SYSTEMS,
COURTS, COURTS SYSTEMS, ETC..., ETC... OF SO WHILE-
- AS/BY THE: →

PAGE
4 OF 6 →7

I → UNITED STATES MARSHAL SERVICES (USMS)

II → USMS AGENT [MALE COURT OFFICER (OF JUST BEFORE:
THE USMS MALE OFFICER. R OF / RUF ] OF HAVING DENIED THE ACCESSES
AND
SO ONS..."
(IN RIPPLE EFFECTS)

OF AS COURT OFFICER ('S) POSITION / (SUPPOSINGLIES)
OF SO / AS THEREFORE:

III →

→ U.S.A. DISTRICT COURT

IV → U.S.A. DISTRICT COURT OF NEW YORK STATE ('S) SOUTHERN DISTRICT

V → U.S.A. DEPARTMENT OF JUSTICES

VI → NEW YORK CITY

VII → NEW YORK STATE

THAT ALSO WHEN IT COMES TO US (THE: "□□ IGPP U.S.A. INC.□"
OF FOR OUR KNOWN AS HAVING BEEN KNOWN OF TO EVERYBODY
(INCLUDINGS OF THIS VERY USMS OFFICER) AS KNOWN
FOR OUR: PRACTICES, STANDINGS, CONCERNINGS;
IN, °F (AND AS) ON, THE: LAW(S), LEGALITY (S) [AND]
MATTERS OF (AND) SUBJECT OF!
YET
OF WHILE (AND) OF WITH (AND) OF THROUGH
INVOLVINGS (AND) REGARDINGS
!!

VIII → U.S.A.

IX → AS WELL AS ANY (AND) ALL OTHER ENTITY (S) OF SHOULD
- BE ADDED (FOR OF / OF FOR) HERE [IN, BY (AND) -
THROUGH] NOT STATED

OF SO AS HAVING BEEN DENIED AS THE AL MOSHIR OF THE "□□IGPP U.S.A. INC.□"
HAS BEEN CARRYING THE PERSONAL BELONGING OF THE: SLEEPING BAG
WITHIN (A [THE) BLACK COLOUR GARBAGE BAG (AND) OR [AS):
- SO HAS BEEN CARRYING (A [THE) BLACK GARBAGE BAG ASSISTING TO THE USMS OFFICER

#(2)→ AS OF (AND) THROUGH THE/THESE CORRE(SPON)(E)DS

OF DATE) : WED)-NOV.29.2023, 5:27PM

SO OF WHILE NOTIF(YINGS/IEDS) (OR) NOTICES, ETC...

FOR:

YET WHILE OF AS FOR AND IN: AGGRAVATEDS [AND] AGGRAVATEDS [AND] AGGRAVATEDS

THE RELATED CRIMINAL CHARGES IN PROSECUTIONS

OF SO AS WITH, ETC... (INCLU)ING; [CONSPIRACIES (OF NEVER END)EDS)

O)BSTRUCTIONS OF JUSTICES, TRESPASSINGS INTO THE...

INTERFERINGS WITH BUSINESSES, ETC... ETC...

#(3)→ AS THIS IS: WHERE/THE CLUTTER, ETC...

OF THAT (AND) AS) → AS THE: NEW YORK CITY/ NEW YORK STATE C.S.A./STATES HAS/HAVE

-GOT TO/COME TO

AS THE(THAT ALSO KNOWNS FOR LEGAL CONCERNINGS,

LEGAL PRACTICES, ETC...

HAVE BEEN STOPPED FROM/

ATTEM)ING TO

LEGAL MATTERS (AND)

LAW(S)
!

#(4)→

ONE (1) BILLION DOLLARS

OF AS FOR THE MONETARY DAMAGES PART(S)

SO OF AS AGAINST

THE ADDRESSED ONES OF THE INCLUDING (S)

OF ANY AS:

U.S.A.,

UNITED STATES MARSHAL SERVICES

ETC...

PAGE: 6 OF X →7

WELL WISHINGS RESPECTS, REGARDS, BESTS:

WED-Nov. 29, 2023, ILGPPUSA. INC. 7:45 MOSHIRA. X PM 7:46 PM

OF THE LISTED NINE (9) OF AS ON (AND) THROUGH

THE: PAGE: 4 OF 6

OF THESE CORRESPONDENCES (IN, AS) LEGAL DOCUMENTS

OF THE: "DO I GPP U.S.A. INC. 0□"('S)
[AND/OR/AS]
AL MOSHIR('S)

OF DATED: WED-NOV. 29, 2023, 5:27 PM ('S)

!

PAGE 8 OF 7

#(5) → OF SO AS YET HERE [IN, BY (AND) THROUGH]

THE/THESE "☐OIGPP U.S.A. INC. O☐" (AND/OR/AS)_
─ AL MOSHIR (S) [AL MOSHIR('S)]

CORRESPONDEDS OF DATED: WED - NOV. 29. 2023, 5:27 PM
FOR NOTICES TO BE (AND) TO HAVE BEEN: TAKEN
AS THE: CLAIMS, RELIEVES, FACTS

(6) → WHILE (AND) AS, IN THIS CASE
AND SO AS IN FURTHER CONSIDER-
ATIONS, THE CRIMINAL CHARGES
COULD BE DROPPED FOR: TEN (10) THOUSAND
DOLLARS ONLY! PAYABLE BY THE SUCH USMS
OFFICER ONTOP OF THE : ONE BILLION DOLLARS !!

SO OF (AND) FOR    WITHSTANDINGS OF THE,
'O THE: AS ADDRESSED) 'SO AS, IN, WITH, THROUGH
THE CONCERNING INCIDENTS OF THE;

[CR! THE CRIMINAL CHARGES
WOULD BE IN PLACE

AND WHILE THE
TEN (10) THOUSAND ←
DOLLARS PAYABLE
UPTO 5 YEARS.

YESTERDAY'S [WED - NOV. 29. 2023'S WHILE, AS BETWEEN; -
8:45 AM (+/AND) 9:00 AM]

WELL WISHINGS
RESPECTS,
REGARDS
BESTS...

THU-
NOV. 30, 2023,
4:32 (+ (+ 4/1:20 PM
PM, IGPP U.S.A. INC.
MOSHIR, AL

OF HAVING BEEN INVOLVED OF, THE/THE INCLUDING:
UNITED) STATES OF AMERICA (USA ('S)] MARSHAL SERVICES
                                                              AND

4:29
PM

WW
R
2
3

FRI - DEC. 01. 2023, 12:10 PM
IGPP U.S.A. INC.
MOSHIR, AL
+ 12:49 PM

OFFICER/AGENT, ETC..
                    OF !

AS, WHILE, FOR, THROUGH, WITH, IN, ETC..
THE: U.S.A. DISTRICT COURT'S AND SO OF THE NEW YORK ('S) SOUTHERN's
    A PPEAL ('S) IN PART, ETC ...
OF THE, TO THE  SAID, DISCUSSED, ADDRESSED
FIVE (5) RESPONSES OF AS TO THE OTHER RELATED
CONCERNING SUB-MISSIONS YET OF THE 5 LISTED FOR -
- SUBMISSIONS + RESPONSES TO THE SUBMISSIONS OF SUCH
OF SO AS IN, FOLLOW UPS, OF WITH (AND) TO
THE: DISCUSSED'S:
LAURA TAYLOR SWAIN:
! ('S)

⑥ → ONE COPY OF EACH OF THE FOUR (4) PAGES OF THE "☐ IGPP U·S·A· INC· ☐ " (AND) AL MOSHIR('S) OF, CORRESPONDEDS OF DATED: WED - NOV. 22. 2023, 1:27 PM

"GREETINGS (AND) RESPECTFULLY"

WELL WISHINGS, RESPECTS, RICHARDS... BESTS.

FRI - DEC 01. 23, 3:12 PM IGPP U·S·A INC. MOSHIR. A 3:17 PM

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

→ THU - NOV. 23. 2023, 3:10 PM ✆

"☐ IGPP U·S·A· INC· ☐ "
(AND/OR/AS)
AL MOSHIR

Write the full name of each plaintiff.

AS, SHOULD APPLY!

RECEIVED
DEC 01 2023
CLERK'S OFFICE
S.D.N.Y.

_____ CV _____
(Include case number if one has been assigned)

-against- -AGAINST- + ATTACHMENTS

ANY AND ALL PARTY(S) OF SO
AS SHOULD BE / SHALL BE

THEREFORE ATTACHED TO THESE : LEGAL DOCUMENTS OF DATED : THU - NOV. 23. 2023, 3:10 PM

## COMPLAINT

Do you want a jury trial?
☐ Yes  ☐ No

/CORRESPONDEDS
→ FIND:

① THE NINETEEN (19) PAGES OF THE CORRESPONDEDS OF DATED: THU - NOV. 23. 2023, 12:37 PM

⑤ → THERE IS NO OTHER (COURT FORM('S) PAGE, OTHER THAN THIS ONE (1) PAGE OF DATED: THU - NOV. 23. 2023, 3:10 PM (AND) ITS SAID (IN: 4 ARTICLES ON THIS PAGE)

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

② → FRONT (COPY OF) + COPY OF THE BACK OF, THE: LARGE LIPS ENVELOPE (YELLOW OR ORANGE: COLOUR) IN WHICH AS SAID AS ON THE FRONT OF THE ENVELOPE AND ON THE BACK OF IT: AS IN WRITTEN. SO: LEGAL DOCUMENTS HAVE BEEN (IN IT) MAILED TO: THE: U·S·A SECRETARY, MR. BLINKEN + -

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

- U·S·A·
DEPARTMENT OF STATE OF SO
AS WITH

NINE (9) PAGES OF THE CORRESPONDEDS OF DATED: THU - NOV. 09. 2023, 3:30 PM, IN IT;

THE: TRACKING # : 1Z W63 F37 03 4080 1878

③ → TWO (2): SHIPMENT (AND AS) PAYMENT RECEIPTS OF SO AS FOR (AND) - TO: THE: SAID LIPS LARGE ENVELOPE OF TO: INCLUDING - THE: U·S·A· DEPARTMENT OF STATE !

Rev. 1/9/17

④ → ONE (1) COPY OF THE FRONT + ONE (1) COPY OF THE BACK OF AND→ AI THE FEDEX ENVELOPE OF WITH NINE (9) PAGES OF CORRESPONDEDS + 34 PAGES

PAGE 1 OF 1

→ IT IS ATTACHMENTS OF -

"GREETINGS (AND) RESPECTIFULLY" , 12:37 PM ↰ THU- NOV. 23. 2023,

⊕ ① → THE ; LYCA MOBILE (S) / PHONE NUMBER ('S) OF THE :-

347-484-1466 OF TOWAR()S ; THE ; NOV. 15. 2023    PAGE 1 OF 19

FOR/BILL , WAS/HAS BEEN ; OF : TWENTY (20) DOLLARS ($19.00 -

(PERIOD OF) NOV. 15. 2023 TO DEC. 15. 2023

- OF MONTHLY SERVICE + $1.00 (SERVICE FEE TO THIS/THE SUCH BELOW ADDRESSED BUSINESS-

- INFO) PAID ; ON : THU- NOV. 23. 2023, → AT ; 11:30 (11:30) AM OR 12:30 PM

THROUGH THE BUSINESS OPERATIONS OF AS AT THE ADDRESS OF:

_____

TOWAR()S WHICH

PAYMENT ($20.00/SAID AS) OF , NO RECEIPT HAS BEEN PROVIDED ;

OF AND SO AS THE NUMBER AND ITS SERVICE SHOULD NEED

NO PAYMENT AND STAY AND, AS IN FORCE, (UNTIL, THEREFORE) ; -

- DECEMBER. 15. 2023 OF SO AS OF WITH ; NO : INTERRUPTION, ETC...

OF SO AS TO THE SUCH SAID COMMUNICATIONS-

- SERVICES, OF THE : "□0 IGPP U.S.A. INC.0□" ('S) !

# ② → WHILE (AND) AS WELL AS FOR THE SUCH PAYMENTS (OF; TO, AT) THE BUSINESS ADDRESS OF THE: SUTPHIN BLVD,

→ ALSO NO RECEIPTS HAVE BEEN : PROVIDED, GETTING, ISSUED,

ETC... FOR THE PAST (TWO (2) OR MONTHS, MORE THAN TWO (2) MONTHS

OF SUCH PAYMENTS (OF THE : "□0 IGPP U.S.A. INC.0□" ('S) OF AS REFERRED TO AS- , TO)

SO AS HAVING BEEN CHOSEN {BY, THE : OPDC (AL MOSHIR) OF THE-

- SUCH : "□0 IGPP U.S.A. INC.0□" ('S) OF

OF THE → 347-484-1466 TO BE (UNTIL/AS LONG AS ; IT WOULD-

BE) USED OF SO AS ASSIGNED TO THE: "□0 IGPP U.S.A. INC.0□"

OF [WHILE (AND) SO] THE SUCH ADDRESSED PHONE NUMBER OF

THE : 347-484-1466 HAS BEEN OF (AND SO AS) THROUGH, WITH,

AT, THE ; PERSONAL (S) / PERSONAL CASES , OF THE SUCH SAID : OPDC. --

-- AL MOSHIR [OF WHILE SO AS PRIOR TO BEING (AND) HAVING].

BEEN : ASSIGNED TO THE AS SAID OF THE : "□0 IGPP U.S.A. INC.0□" ('S)

# 3 -> OF, AS, FOR (AND) IN, THE EXHIBITIONS OF WHILE ALSO;

AS (AND) ANOTHER; ATTACHMENTS
other

OF SO AS TO THE: "□O IGPP U.S.A. INC.O□" [OF, ('S) +IN] -

-THE; DATED OF /CORRESPONDE(S AS DATE) OF, THE:

THU-NOV.23.2023, 3:10 PM('S) -> YET-
-WHILE (AND) -
AS, ARE ALSO, THE/THESE,

"□O IGPP U.S.A. INC.O□"'S OF DATED: THU-

- OF IN: LEGAL DOCUMENT(S       NOV.23.2023, 12:37PM, OF/-
-ANOTHER: ATTACHMENTS OF SO         SO OF WELL; AS, IN, OTHER /-

AS TO THE:

"□O IGPP U.S.A. INC.O□" [OF, ('S) + IN] THE;

DATE) OF /CORRESPONDE(S AS DATE) OF, THE:

THU-NOV.23.2023, 3:10 PM('S)

THEREFORE; OF, AS, FOR (AND) IN, THE: EXHIBITIONS (OF SO-

AS ATTACHE(      ) FIND) THE: TUE-NOV.21.2023, ('S): -
                                        10:53PM
- PRESCRIPTION /PRESCRIPTION INFORMATION (OF, FOR, TO, ETC...)-

- THE [CVS PHARMACY] - STORE #: 2557 -

253 FIRST AVENUE,          OF, CONTAINING, FOR, TO: -->
NEW YORK, NEW YORK,
10003,
U.S.A.

THE; PERMETHRIN CREAM (5%) - (CONTINUED) // (CONTINUED/ING), OF; FROM: ARTICLE #③, OF; FROM: PAGE ②

PAGE 3 OF 9

- AS (AND/OR/FOR) [AS (AND/OR) FOR] WHICH EXHIBITION'S, OF, AS, IN,

THROUGH, {OF, AS, IN, THROUGH, WITH, ETC...: DISCUSSED, ETC...: (WITH, ETC...

- PRESCRIPTION/ SO AS (IS/ARE) }(IS ALSO/ARE ALSO/WOULD) BE)/ALSO;

OF SO AS TO THE MATTERS OF THE BODY DAMAGES OF (WOULD ALSO BE)

FOR HAVING BEEN CAUSED THE SKIN('S) MEDICAL/CLINICAL-

- CONDITIONS OF THE DISCUSSED, ADDRESSED, ETC... OF SO AS

THROUGH; INCLUDING(S) OF THE LEGAL CORRESPONDED DOCUMENTS

OF THE; ENTITIES OF THE: "☐☐IGPP U.S.A. INC.☐☐"('S, OF, IN)

ONES OF HAVING BEEN COURTS (AT, THROUGH, ETC...)/(NEW YORK STATE('S)/

40 FOLEY SQUARE, NEW YORK, NEW YORK, 10007, U.S.A.) SOUTHERN DISTRICT/ U.S.A. COURT/ FEDERAL COURT

SO OF HAVING BEEN, FILED)/COURTS FILED, OF AS ON: FRI-

- AND) THEREON"/FRI-NOV.10.2023/PAST OR BEYOND THE- NOV.10.2023(-

OR} [OR] FRI-

OF SO AS WHILE; AS RELENT AS/AS RELENT AS OF NOV.10.2023

'(IE-NOV.21.2023, (ASON)

BETWEEN: 3:30PM

AND

3:35PM('S)

FILINGS

!

#(4)→ WHICH ᵒᶠ AS IN THE ARTICLE #(3) OF SO AS-

OF (AND) -ADDRESSED, STATE) PRESCRIPTION
AT THE: CITY MD OF SO AS: MADE, ETC...; BY: DOCTOR, WAGGONER,
WAS/HAVING BEEN; PICKED UP FROM THE; HEALTH CARE CLINIC OF AS ON: DELANCEY (STREET, ETC...) + AROUND ESSEX
(WAGGONER, REX

ALSO: ADDRESSED, STATE) → CVS PHARMACY

THEREFORE; WAS/HAS BEEN/HAVING BEEN (STREET, ETC...),
TAKEN TO THE: CITY MD LOCATION OF THE SUCH-
-HEALTH CARE FACILITY/OF AS AT THE GEOGRAPHICAL ADDRESS
OF: 14 WEST 14 STREET, NEW YORK {COUNTY/BOROUGH (MANHATTAN OF
NEW YORK STATE, ZIP CODE (AS RELATED)), WELL AS KNOWN
U.S.A. -CITY    AS

OF THEREFORE AS THE MEDICATION (PERMETHRIN 5% CREAM)
WAS PICKED UP FROM THE CVS PHARMACY {ON: FIRST AVENUE (233)
AS UPON THE SUCH 5% PERMETHRIN CREAM HAVING BEEN PICKED UP
AS WAS/HAS BEEN, TAKEN/CARRIED, TO THE: SAID, ADDRESSED, ETC...,
CITY MD MEDICAL/HEALTH CARE FACILITY OF AS; WAS/HAVING BEEN/HAS BEEN-
TO: BE (AND) -HAVE BEEN OF THE DISCUSSED/SAID/ADDRESSED,
APPLIED) ON TO THE BODY OF SO AS WITH, FOR, THROUGH THE
ETC...: AL MOSHIR ('s) OF SO AS
APPLICATION OF THE CREAM (PERMETHRIN; 5%)
IN PART BY THE DOCTOR
AND
IN PART (AS WELL) BY THE
HIMSELF OF THE SUCH SAID
OF WHILE (AND) AS THE SUCH PATIENT (OF, IN) AL MOSHIR!
DR. REX WAGGONER
DIAGNOZED AL MOSHIR
WITH:
SCABIES, ETC
!

PAGE
5 OF 19

#(5) → THE SUCH ADDRESSED DOCTOR. REX WAGONNER

ADVISED { AND SO JUST AS THE DOCTOR. WOOD OF DISCUSSO
AS OF THE WITHIN THE PAST ( LAST [OR] INCLUDING
COURTS FILINGS
OF THE
COURT OF THE ENTITIES OF THE:
COURT INDIVIDUAL
"▢O IGPP U.S.A. INC. O▢ "
OF / WITH / THE : COURTS , COURTS SYSTEMS ,
(ALSO) WHILE OF UPON HAVING APPLIED THE CREAM ADVISED )
AND FOR AND CONCERNINGS
SO AS THE DOCTOR. WOOD OF THE : TUE - NOV. 14, 2023
U.S.A. DEPARTMENT OF JUSTICES ,
U.S.A. JUSTICES SYSTEMS.
GLOBAL JUSTICES SYSTEMS

AS ' THAT / AS ' THAT
- SHOWERED AND AS -
- WASHED OFF , RINSED OFF
12 HOURS ( IF NOT MISTAKEN )
SO AS THE OTHER GENTLEMAN OF THE
MEDICAL (S) PROFESSION (AND) INDUSTRY
OF THE : DR. (NAME NOT RECALLED/COLLECTED) AT
OF AS : DR. WAGONNER (YET: AND/+)
ON CONFINEMENTS ) ADVISED
AS : DELANCEY + ESSEX (VICINITY,
THE SAME OF AS FOR THIS: POINT/TIME
- WASHED / SHOWERED
OFF , ?

THE CREAM, HAS TO BE ( HAD TO BE
IF NOT MISTAKEN ) [OR]   THE BODY BY
8 TO 14 HOURS (-

CONTINU(E) (ING) OF; FROM:

ARTICLE #⑤

OF; FROM:

PAGE ⑤

↓

OF WHILE (AND) ) AS HAVING BEEN (IN: FOLLOW UPS, ETC...)
SO SAID(), MENTIONED(), STATE(), ETC... TREMIN(D)ERS, OF YET
[, OF SO AS THROUGH: THE / INCLU(D)ING THE:
"□O IGPP U.S.A. INC.O□" (IN, 'S, THROUGH) FILINGS/
COURTS / (UNITED) NATIONS / ETC... FILINGS OF THE OR -
FILINGS
- INCLU(D)ING(S) OF THE, AS ON (AS RECENT AS) THE:
"TUE - NOV. 21. 2023 OR THE ONES (AS ONE, IN ONE) OF -
FOR THE/ES
- WHILE: AS ONES, IN ONES ONES
OF; BEFORE / PRIOR TO: THE SAID OF AS ON THE:
TUE - NOV. 21. 2023 ('S) [AND /OR] [SO AS]→ BEGINNING OF -
- WITH THE %/AS ON AS THE: FRI - NOV. 10. 2023

OF; SO; (NEW YORK COUNTY,
SAID, MENTIONED, CLERK (AS THROUGH
STATE(), ETC... AND WITH:
OF (AND) AS → WE HAVE -
- NO WHERE TO SHOWER AT + SO THE:
THAT WE WOULD) BE RICHARD
RESIDING AT OR - WILSON
- A: GYM (WITH: - MR.
- STEAM ROOM (AND/OR) - RICHARD
- SAUNA / WHICH: - WILSON
- ROOM WOULD HELP-THE THE
OF SO AS FOR A PLACE HEALING 'S/T THE SKIN'S SLIGHT
DISCOMFORTS, MARKS, ETC... COUNTY('S)
OF FROM THE; SAID; SCABIES CLERK
ETC... HAVE BEEN TRESPASSED, ETC...
AND AS (AND) WHILE WE
PROPERTY THAT HAD VACANT/AT
PROPERTY AND AS HAVING BEEN
OF FILED; AS AS SOON..."
AND ON... AND
ON... !?

CONTINUA(TI)S(TINGS) OF; FROM:

ARTICLE #(5)

OF; FROM:

PAGES (5) AND (6)

SO (AND)
THEREFORE

AS HERE [IN, BY (AND) THROUGH] ARE ALSO CORRESPON(E)S

OF FOR THE SUCH SAID, ADDRESSED, DISCUSSED,

AD(VISED) CONCERNINGS GYM('s) MEMBERSHIP (NATION WIDE-
CLASS, TYPE, CATEGORY, ETC...)
OF THE; THROUGH, WITH, ETC...; BALLY TOTAL FITNESS
CORPORATION OR OTHER THAN

SO FOR THE SUCH GYM('s) MEMBERSHIP
TO: BE(AND) HAVE BEEN: PURCHASED (AND AS) MADE.
- INTO THE RECEIPTS OF THE; UNITED NATIONS;
SECRETARY + MEMBERS + ORGANIZATIONS AS WELL AS THE;
U.S.A. ATTORNEY GENERAL AND U.S.A. SECRETARY OF STATE ALSO
ANY(ENTITIES); IF HERE NOT CENTERED - NEW YORK STATE('s) SOUTHERN
- AS THROUGH THE; CHIEF JUDGE/ DISTRICT U.S.A. COURT/-
- INTAKE OF PRO SE('s) OFFICE
SO TO HAVE BEEN MADE AVAILABLE FOR THE
SUCH CONCERNINGS (AL MOSHIR) TO PICK UP
ON; YET > BY THE EASTHDAR (HOUR)
- OF; THE BUSINESS
IN OTHER WEDS BY; 3:30PM (-
- 3:30PM) OF THE; SUCH
CONCERNING PRO SE-
-INTAKE OFFICE OF THE;
FRI-DEC.22,2023:
OR AS EARLY AS; MON-NOV.27,2023

OTHER THAN
CORPORATION
OF SO AS WHILE
INTO THE/THOSE
EFFECTS (OF, FOR, ETC...)
CORPORATION AS IN, ETC...; COMPANY
[WHILE (AND) AS; OTHER THAN ]
NONPROFIT

OF SO AS FOR THE SUCH
BALLY TOTAL FITNESS
MEMBERSHIP INTO THE
AS WITH THE SENSE
OF PURPOSE SERVINGS OF
THE PERSONAL-
OF WHICH
OF CARDINAL,
(UNPROVOKED),

TRANSFER, DUE TO; LACKS OF
-HYGIENE, DUE TO; LACKS OF
-AS FOR; THE RESULTS OF
-ACTIVITIES (THAT ALSO
CONTRIB(UTINGS), ETC...
-GRATIFICATION (G.O.D.)

YET OF; EVEN: CONSTRUCTIVES
-SO AS DUE TO; THE LACKS OF
CLINICAL THE; SKIN(S):
MEDICAL CONDITIONS (CLINICAL-
CONDITIONS) HAVING BEEN CAUSED
-AS WELL THE SUCH GYM('s)
MEMBERSHIP AS TO THE;
KEEPING UPS OF WITH THE
SAID, KNOWN, ETC... SKIN RELATED
MEDICAL CONDITIONS!

CONTINU (ED S/INGS) OF; FROM:

ARTICLE #(5)

OF; FROM:

PAGES OF (5), (6) AND (7)

FOR, WHILE (AND) AS
SO WELL OF, IN, THROUGH, ALONG WITH, ETC...:
ONE (1) BILLION (UNITED STATES OF AMERICANS) DOLLARS OF MONETARY DAMAGES
DUE TO,
OF, FOR, IN, THROUGH, WITH; THE:
OF (ITS/THEIR) OWN KINDS (AND + THROUGH) SUCH HUMAN SUFFERINGS (AND; THROUGH) HARDSHIPS,
- MEDICAL CONDITIONS, ETC..., ETC...
BESIDES THE RELATED PROSECUTIONS OF SO AS [FOR (AND) IN] -
SEVERE PUNISHMENTS (OF: LONGTIME / LONGER THAN -
- NORMALLY WOULD) BE FOR SUCH HAVING RESULTED
WITH (AND/OR/AS) COMMITMENTS OF: TIMES AWAY.
- OF FROM THE BROADER, MORE FREE, SELF MANAGED.
CIVIL (IZED) OF AS OF SUPPOSED TO BE (AND) TO HAVE BEEN
OF SO AS FOR: MEANT (AND) DESIGNED (AND AS) -
SOCIETY MEMBERS CRED (TED), TRUSTED, SUPPORTED,
CONSIDERED, ETC... OF TO BE (AND) OF TO HAVE BEEN
OF AS FOR MATURE HUMAN BEINGS FOR CONTRIBUTING (S), CREATING, ETC...
INTO THE MAINTAININGS OF RATHER -
- THAN ... OF AT THE COST OF EVERY ONE:
EVENTUALLY (IN ANY CASE); AT THE COST OF ANY ONE AS WOULD BE

CONTINU(ED / ING) OF; FROM:

ARTICLE #(5)

OF; FROM: PAGES OF (5),(6),(7),(8) AND

↓

FOR SO AS OF, A/THE:

PAID FOR
/PAID TOWARDS

FIVE (5) YEARS / FIVE (5) YEARS OF
MEMBERSHIP OF WITH THE OPTION, FOR: AL MOSHIR/ALI MOSHIR,
TO CANCEL/TO BE ABLE TO CANCEL, THE MEMBERSHIP (OF THE
SUCH SAID: FIVE (5) YEARS'] OF SO AS PRIOR TO
THE SUCH SIGNED UP FOR: FIVE (5) YEARS [SO TO CANCEL
-FUNDS/-
-AMOUNT(s) OF MONEY(s)/                    FOR THE; REMAINING: -
-THE, TIME PERIOD OF LEFT AS ON THE FIVE (5) YEARS MEMBERSHIP OR TOWARDS-
-AS BEGINNING OF  OR AS BETWEEN THE TIME SUCH MEMBERSHIP IS-
-CANCELLED [BY: AL MOSHIR] (AND) THE END OF THE FIVE (5)-
-YEARS, FOR THE MEMBERSHIP (INCLUDING: THE /ANY: INITIALLY-
-OF MUTUALLY(s) OF AGREED UPON/HAVING BEEN AGREED-
-UPON, OF SO AS AGREED UPON OF SO AS BETWEEN THE-
PARTY(s) OF; PAYING /HAVING PAID, FOR; THE: SUCH FIVE (5)-
-YEARS TERM OF THE MEMBERSHIP ('s) OF SO FOR AS AGREED
UPON (AS, OF, FOR, IN) "EARLY CANCELLATION FEES" OF AS AGREED
OF SO AS PRIOR TO THE COMMENC(E/ING) OF THE SUCH FIVE (5)-
-YEARS TERM (OF, FOR, IN) MEMBERSHIP SO SHOULD BE ANY: INVOLVED)-
-INVOLVEMENT, OF THE SUCH SAID MEMBERSHIP (s), THEREFORE (AND) SO
FOR THE SUCH BALANCE(s)-

CONTINU(ED)(ING) OF; FROM:

ARTICLE # ⑤ OF; FROM: PAGES OF→ ⑤, ⑥, ⑦, ⑧ AND ⑨

PAGE 10 OF 19

(OF, FOR, TO) BE (AND) HAVING BEEN;
BEING

PAID / REIMBURSED) OF SO AS BY THE:

BALLY TOTAL FITNESS CORPORATION / INCORPORATED, ETC...,

SO FOR THE SUCH BALANCE, TO BE (AND) TO HAVE BEEN,

OF: PAID (AND) REIMBURSED, TO; THE: ONE(S) / PARTY(S)

THAT HAS / HAVE PAID (FOR, INTO, TOWARDS)

THE SUCH MEMBERSHIP!    OR, AS, WHILE, OTHERWISE

SHOULD THE SUCH CONCERNING MEMBERSHIP,

NOT:

BE (AND / OR / AS) HAVE BEEN

(IN, AS) PLACE(D)

OF SO AS BY THE DISCUSSED:

OF BESIDES THE ANY WHILE RELATED AS INCLUDINGS: CONSPIRACIES OF FOR:    FRI - DEC. (23), 2023

SO (AND) THEREFORE AS THERE SHALL;                     22      (3:30 PM)

BE (AND) HAVE BEEN, CHOSEN; BY THE: VIOLATOR(S) OF SUCH HERE [IN, BY (-

AND) THROUGH] ADDRESSED, DISCUSSED, NOTIFIED, ADVISED,

ADVICED, ETC... : TERMS, ETC... (OF, FOR, WITH, THROUGH, ETC...)

THE / THESE; HERE [IN, BY (AND) THROUGH] →

CONTINU(ED / ING) OF; FROM: ARTICLE #(5) OF; THE: PAGE
PAGES OF → (5), (6), (7), (8), (9) (AND) (10) ; 11 OF, 9

"□O IGPP U.S.A. INC.O□" (IN+'s) ; LEGAL -
- CORRESPON(D)EDS OF DA(TE)) [AS (AND) IN] :

THCH - NOV. 23. 2023, 12:37 PM ('s)
SO
OF, FOR ; AS (AND) IN, THROUGH
OP(TE)) ; OF, FOR ;

A / THE

NON - NEGOTIABLE

PAYABLE / PAYMENT BY THE VIOLA(TER)(S) OF THE SAID
(IN, OF, FOR, As) MONE(TARY) DAMAGES AMOUNT FUNDS
WITH, THROUGH ,)

FOR (AND) WHILE, OF: BESIDES / OBVIOUSLY(S) BESIDES, ANY OTHER LAW SUIT(S)
ETC... OF SO AS IN: RELATIONS TO (AND) INVOLVEMENT(S) WITH SUCH MEDICAL / CLINICAL
OF, IN, WITH, THROUGH, AS, FOR, ETC...    OF THE: RASHES, BOILS,
SCAB(S)ES, SCRATCHING'S,
ETC...

ONE ($1) MILLION (UNITED) STATES OF AMERICANS DOLLARS
OF SO AS PAYABLE TO THE

AL MOSHIR OF THE ENTITIES OF THE:
"□O IGPP U.S.A. INC.O□" 'S (+ (AND) AS) (AL MOSHIR) OF THE-
ALI MOSHIR.
- NEW YORK STATE DRIVER LICENSE NUMBER: 606 207 719
OF WHILE SO (AND) AS PAYABLE BY THE: →

CONTINU(ED) / ING) OF; FROM:

PAGE
12 OF 19

ARTICLE #(5) OF, THE:

PAGES OF → (5), (6), (7), (8), (9) AND, (10) + (11)

↓
∨

(I) → TOWNSHIP OF:

(II) → TOWN OF —: SAINT ALBANS { OF NEW YORK CITY (NYC) AND OF NEW YORK STATE (NYS) ]

(III) → COUNTY OF: JAMAICA →
BOROUGH        QUEENS →

(IV) CITY OF: NEW YORK

(V) STATE OF: NEW YORK

(VI) '(NYC DS) -
-NEW YORK CITY DEPARTMENT OF SANITATION [ IN, OF, FOR,

THROUGH: BES, DES (AND) OTHER THAN [ THROUGH, ETC... [ AS THROUGH
                                                     WHILE, [ ANY OTHER]
AGAINST: NYC DS.
    - CLAIM(S) OF AS IN HERE (OF, FOR, WITH, AS, IN, THROUGH, ETC...)
OF THE INVOLV(INGS/EMENTS) OF THE: FOR REAL ESTATE-
    - PROPERTY PARCEL OF WITH THE: BOROUGH (4), BLOCK (10298),
LOT (55) NUMBERS OF OWNED (EVER SINCE; 2015) OF BY;-
    - TIME ENTITIES OF: ZAHRA MONIREH NEZAMZADEH (AKA) ZAHRA NEZAM
OF THE SUCH SAID ZAHRA NEZAM ('S + IN) OWNERSHIPS (OF + FOR)
    - THE SAID: BBL NUMBERS OF: 4, 10298, 55 YET OF SO AS IN DETAILS, ETC...)
AS THE SUCH OWNERSHIP OF FOR AS HAVING BEEN OF THE UNITED STATES-
    - POSTAL SERVICE CERTIFIED MAIL('S) HAS BEEN CORRESPONDED-
    - SPECIFICALLIES, ETC... OF SO AS TO THE: ALSO;
DEFECTIVE, GALLAGHER OF THE:
13TH POLICE PRECINCT OF THE:
THE NYPD ('S PRECINCE OF THE:

CONTINU(ED) (ING) OF; FROM:

ARTICLE #(5) OF; THE:

PAGES OF → (5), (6), (7), (8), (9), (10), (11) AND (12)

PAGE
13
OF 19

↓

(VII)

→ NEW YORK POLICE DEPARTMENT (NYPD)
        AS TO BE

NEW YORK CITY POLICE DEPARTMENT (NYC PD)

OF; WHILE (AND) AS (AND) WHICH [OF; SUCH: AS: NYC PD]

-HAVING BEEN ADDRESSED REPEATEDLIES
        SO OF BY (AND) THROUGH THE;

ENTITIES OF THE; "□O INDEPENDENT (AND) GLOBALIST
                POLITICAL PARTY
                    OF
            UNITED STATES OF AMERICA
                INCORPORATED ("□□ IGPP U.S.A. INC.□□")?

YET OF WHILE SO AS HAVING BEEN REPEATEDLIES

    OF; ADDRESSED / IN ADDRESSED

        AS (FOR, IN, AT, DURING, THROUGH )

            DIFFERENT
                OCCURANCES, ETC...
OF SO AS IN RELATIONS TO (+ / AND / OR / AS ) -
- INVOLV(INGS / MENTS)
    OF
THE: → NYPD) .!!!

CONTINU(ED / ING) OF; FROM 1:

ARTICLE # ⑤ OF; (THAT) (FROM); THE:

PAGES OF → ⑤,⑥,⑦,⑧,⑨,⑩,⑪ (AND) ⑫ (SAID +) ⑬

↓

VIII → PRESIDENT OF THE; SAID, STATED, ETC...:
(RICHARD DONOVAN)

BOROUGH OF QUEENS

IX → MAYOR OF THE: NEW YORK CITY (NYC)
(ERIC ADAMS)

X + XI → NYPD: COMMISSIONERS (OF, AS; THE: RELATED) [TO, AT] -
NYC+DS THE [AND THE TIME OF THE] OCCURED INCIDENTS (-
- MATTERS OF LAW(S) OF SO AS INVOLV(INGS/EMENTS)-
- OF THE SAID VACANT LOT PROPERTY FOR REAL ESTATE; OF THE, -
- WITH THE, ETC...: BBL (BOROUGH, BLOCK, LOT) NUMBERS OF
THE; RESPECTIVELY, OF; AS (AND) IN: -
- 4, 10298, 55 ! →

ARTICLE #⑤ OF, ~~THE~~ → FROM:

PAGES OF → ⑤, ⑥, ⑦, ⑧, ⑨, ⑩, ⑪, ⑫, ⑬, ⑭, ⑮(crossed out)

↓

Ⅻ ↳ U.S.A.

ⅩⅢ ↳ AS WELL AS; ANY (AND) ALL: ENTITY(S)
OF HERE [BY, IN (AND), THROUGH] OF; THE/THESE:
"DOIGPP U.S.A. INC. OF" ('s) CORRESPOND(S) (OF, WITH, -
- THROUGH, ETC...) DATED: THU- NOV. 23, 2023, 12:37
NOT: SAID, MENTIONED, STATED, ADDRESSED, PM
DISCUSSED, REFERRED TO, ('S)
ETC...

OF WHILE SO AS SHOULD YET
BE (AND) HAVE BEEN
THE LEAST OF AS: ONE/ANY ONE, OF; WOULD
REPRESENT ALL OTHER AND THROUGH,
ONES!
(OF, AT, THROUGH)
ANY; POINT(S) [AND/OR/AS] TIME(S)
THEREFORE: ADDED (AND/OR/AS) UPDATED OF SO AS FOR;
INTO THE: SAID, ETC...: TWELVE (12) SERIAL-
NUMBERS OF SO AS UNDER!

FOR THE SUCH SAID
CONCERNINGS
BALLY TOTAL FITNESS-
- MEMBERSHIP (RATHER-
- THAN ANY OTHER AS, COULD/-
- WOULD, BE: MORE COSTLY)
TO: BE (AND) HAVE BEEN:
PURCHASED, PROVIDED,
PRODUCED, ETC... OF SO AS BY
INCLUDING; THE: LISTED 13, AS

# (6)

"□□ I Gpp U.S.A. INC. O□" ('s) [AND/or/AS] -
- AL MOSHIR ('s) (AS * FOR) -
- IN (AND) WITH / THE FILINGS OF SO AS THROUGH ON:

PAGE 16 OF 19

TUE - NOV. 21. 2023 ( OF BETWEEN; 3:30PM AND) 3:35 PM

(IN, WITH, OF, FOR, AT, TO, THROUGH, AS) INTERNATIONALLY OF
THE (AND SO) -
- THE; COURTS / COURTS VIA NEW YORK STATE ('S) SOUTHERN DISTRICT
U.S.A. COURT [OR] / [AS] FEDERAL COURT
OF (AND) AT
40 FOLEY SQUARE
NEW YORK, NEW YORK
10007,
U.S.A.

ATTACHED (HERE; IN) (IN) ONE (1) LEGIBLE PAGE OF DATED, AS: MON - NOV. 20. 2023, 1:54PM
OF SO AS IN LIEU OF THE/A PIECE OF PAPER TOWEL OF BELOW IN FOLLOWINGS OF THIS LINE DISCUSSED:
WHILE OF AS THROUGH (AND) WITHIN THE; CORRESPOND(S) -
- LEGAL DOCUMENTS OF THE SAID (FILINGS / FILE(S)) OF -
- AS ON: TUE - NOV. 21. 2023 [OF BETWEEN: 3:30PM AND) 3:35 PM
THERE; HAVE BEEN (AND / OR / AS) ARE:
AS REFERRED TO AS FOR ATTACHMENTS AS OF A/THE
PIECE OF PAPER TOWEL { IN, RELATIONS, CONCERNINGS, ETC... ; -
OF, TO (AND) WITH : AN / THE; INCIDENTS OF ; TRESPASSINGS,
ETC... BUT (AND)) WHILE AS THE SUCH SAID
THE: QUEENS (RUSH) OF FOR INCLUDED) BEING OF AS ON: TUE-
- BOROUGH PUBLIC- PIECE OF PAPER TOWEL HAS BEEN MISSED (IN:-
- LIBRARY ('S) CENTRAL- NOV. 21. 2023 FILED LEGAL TRANSCRIPTS-
- THE TIME: AL MOSHIR'T IN DOCUMENTS, IN PART SO AS
- BRANCH OF BETWEEN- FOR; INCIDENTS FOR
- ENTERED THE LIBRARY ON: MON-
- AND NOV. 21-
1:53PM

THIS PAGE CONSTITUTES THE ITEM (PIECE OF PAPER TOWEL)

OF DISCUSSED (AT, THROUGH, WITHIN) THE ARTICLE #⑥ -

PAGE 17 OF 19

- OF AS ON: PAGE ⑯ OF THESE: LEGAL DOCUMENTS/CARRESPONDESS/-

- TRANSCRIPTS, OF THE "□O IGPP U.S.A. INC.O□"(s) [AND/OR/AS] -

- AL MOSHIR('s) OF DATED: THU- NOV. 23, 2023, 12:37PM

FOR (AND) DUE TO THE INCIDENTS OF THE BELOW MENTIONS OF OCCURRED

INVESTIGATE   (AND/OR/AS) TO BE INVESTIGATED (AND) -
ETC-- IS REFERRING TO SO IS NOT MENTIONED ETC-- (WHAT-
HERE AS INCLUDES:...)

- TO HAVE BEEN INVESTIGATED) OUR/AL MOSHIR('s) OF THE

TIME DURATION OF BETWEEN: ENTRY (AND) HAVING ENTERED) (ON:-
"□O IGPP U.S.A. INC.O□" ('s)

MON- NOV. 20. 2023 (BETWEEN/FROM: THE SUCH ENTRY), INTO THE:-
- NEW YORK CITY'S-
- QUEENS BOROUGH PUBLIC LIBRARY CENTRAL BRANCH)

OF SO AS UNTIL; 1:53PM OF SO AS WHILE IN:

CRIMINAL MISCHIEF(IVES), CONSPIRACIES, TRESPASSINGS,

CRIMINAL HARASSMENTS, ATTEMPTS OF DISTURBINGS OF-

-THE PEACE, MENAICE, ABUSES OF PUBLICS TRUSTS,

ATTEMPTS OF INSTIGATIONS SO OF WITHIN SUCH, TIMES/-

+HOURS OF WHILE JUST; RIGHT; UNDER THE SURVEILLANCE

DEVICES! WHILE OF DURING OUR ABSENCES OF FROM THE

TABLE (AND) CHAIR WHERE OUR BELONGINGS OF THE (AND AS-
- OF THE HOME OFFICE OF THE-
"□O IGPP U.S.A. INC.O□" ('s) + AL MOSHIR('s) OF THE HOME-

"□O IGPP U.S.A. INC.O□" ('s) WERE RESTING ON] WHILE AWAY

FOR UP TO 5 MINUTES (EVERY TIME) TO USE THE BATHROOM! (AND)-

-BACK, AS OUR TABLE + CHAIR OF SO AS WITH THE DOCUMENTS

OF SOME AS UNWANTED BOOKS WERE HAVING BEEN PLACED OF

INTO (AND) BETWEEN; OUR; BOOKS, BELONGINGS, ETC---

CONTINU(ED /ING ) OF ; FROM : PAGE (17) ,
AS WHILE,
OF ;
    FROM : ARTICLE # (6)

PAGE
18 OF
19

↓

SO AT ; BETWEEN ; 2 : 40 PM (AND) 2 : 44 AM / MON - NOV. 20. 2023, -
WE STEPPED TO THE ADULT REFERENCE DESK AND VERBALLY-
CORRESPONDED / CORRESPONDED , WITH THE LIBRARY ASSOCIATE (EMILY),
TO CALL 911 FOR US , AND SO AS THEN : MS. EMILY SAID TO US
TO GO TO THE SECURITY TO DO THAT FOR US , AS THE SECURITY
TO DO THAT FOR US , AS THE SECURITY HAS : PHONE ! SO THEN:
WE WENT TO MS. /MRS. MC GILL (AND) MS. MC GILL , CALLED
MR. PALOMO , (AT ; 2 : 44 PM / MON - NOV. 20. 2023 ; MR. PALOMO-
OR    AND SO AS
WHOMEVER AS, IN
    SECURITY
AS SHE (MS. MC GILL)
CALLED
( LIBRARY
  SECURITY

- WAS APPROACHED (AND) DISCUSSED THE SUCH MATTERS
OF SO AS WITH HIM AND SO AS HE ( THE SUCH SAID : MR. -
- PALOMO , WAS CORRESPINDED S WITH, OF, SO AS TO :
CALL 911 FOR US (AND) BUT : HE ( MR. PALOMO ) REFUSED [-
- SURPRISINGLIES (AND) SHOCKINGLIES ]
OF SO AS SUCH IN ALL ABOVE SAID AS OF YET … (AND)-
- YET … (AND) YET … OF FURTHERS (AND) FURTHERS
AGGRAVATE S , AS THEREFORE WE ARE HERE [ IN , BY (AND) THROUGH ]
FOR, OF, WITH LEGAL MATTERS OF SO AS WITH, THROUGH : LEGAL-
- MATTERS → → → OF , IN (AND) AS ; FOR : TEN (10) YEARS OF FOR -
- AGAINST EVERY /EACH INVOLVING INDIVIDUAL ! →

CONTINU(ED/ING) OF; FROM:

PAGE '9 OF 19

ARTICLE # 6

OF; FROM: PAGES OF (16),(17) AND (18)

↓

OF SO AS TO THE: PROSECUTIONS PART (AND) $1 (BILLION)
- AGAINST; THE: NYC     NYC PUBLIC LIBRARY SYSTEM
LIBRARY'S SECURITY COMPANY    U.S.A. SECRET SERVICES
NYS U.S.A.    ANY (AND) ALL OF THE HEREIN NOT: -
- STATED ENTITIES, WHICH PROSECUTIONS FOR OF THE PART,
CONSIDER(ED(IES/ABLIES) IS NEGOTIABLE OF FOR THE/ANY OF
WHILE(AND) AS HERE[IN, BY (AND) THROUGH] NOT: SAID/DISCUSSED/-
- ADDRESSED, ETC ...

#(7)→ THERE ARE MORE ARTICLES TO THE/THESE CORRES(AND)ES
OF THE DATED (AS, IN, ETC ...): THC1- NOV. 23, 2023,
WHICH SHALL BE OF SO AS IN                        12:37PM ('s)
ATTACHMENTS + FOLLOW UPS
OF SO AS TO THESE ONES OF [WHILE(AND) AS]-
WITH (AND) THROUGH THE/THESE: SEVEN (7) ARTICLES.

WELL WISHINGS.
RESPECTS,
REGARDS...
BESTS.

FRI - DEC. 01. 2023, 2:152PM
IGPP U.S.A. INC.
MOSHIR, AV +
3:41PM



C/O CHEIF JUDGE
(347) 484-1466
IGPP U.S.A. INC . / AL MOSH
STE C-17
500 PEARL ST
NEW YORK NY 10007

SHIP DEPARTMENT OF STA
TO: U.S.A.
MR. ANTHONY BLINK
2201 C ST NW

WASHINGTON DC

**UPS GROUND**
TRACKING #: 1Z WF

BILLING: P/P

SHIP DATE:
EXPECTED DELIVERY DATE:
MON 27 NOV 2023 EOD
SHIP FROM:
IGPP U.S.A. INC . / AL MOSHIR
C/O CHEIF JUDGE
500 PEARL ST
STE C-17

NEW YORK NY 10007
(347) 484-1466
SHIP TO:
U.S.A.
DEPARTMENT OF STATE SECRETARY
2201 C ST NW
MR. ANTHONY BLINKEN
WASHINGTON DC 20520-0001
BUSINESS

SHIPPED THROUGH:
THE UPS STORE #5472
NEW YORK,NY 10010-4617
(212) 375-8292

SHIPMENT INFORMATION:
UPS GROUND COMMERCIAL
1.0 lb manual wt
1.00 lb billable wt
DIMS: 19.00X16.00X2.00 IN

TRACKING NUMBER: 1Z463F370340801678
SHIPMENT ID: MHDKU9AKPS62B
SHIP REF 1: - -
SHIP REF 2: - -

DESCRIPTION OF GOODS:
LEGAL DOCUMENTS / EXTENSIVE CASH
VALUES

SHIPMENT CHARGES:
GROUND COMMERCIAL
SERVICE OPTIONS                12.25
CHS PROCESSING FEE              0.00
                               0.22

TOTAL                        $12.47

SHIPMENTID: MHDKU9AKPS62B

Powered by iShip(r)
11/22/2023 06:35 PM Pacific Time F

The UPS Store#

For Returns, Refunds or Exchanges.

US Postal Rates Are Subject to Surcharge.

1 2 3 1 1 2 2 5 4 7 2 8 0 3 1 5 5 4

View The UPS Store, Inc.'s privacy notice at
https://www.theupsstore.com/privacy-policy

**Win a $250 gift card**
Tell us how we're doing for your chance to win
a $250 gift card. Scan the QR code or visit
the URL below to take the survey.

https://bit.ly/theupsstorePRER
NO PURCHASE NECESSARY. Void where prohibited.
Ends 1/31/24. Must be US resident 18 years or older
to enter. Limit (1) entry per person

" GREETINGS AND RESPECTFULLY

WED - NOV. 22. 2023, 1:27 PM (PM)

PAGE 1 OF 4

DEAR:

①→ U.S.A. SECRETARY OF STATE ! ( U.S.A. RATHER THAN: U.S.)

②→ U.S.A. ATTORNEY GENERAL !

③→ U.S.A. FBI DIRECTOR!

④→ UNITED NATIONS: ①→ SECRETARY !
　　　　　　　　　　　②→ MEMBERS !
　　　　　　　　　　　③→ ORGANIZATION !

⑤→ NEW YORK STATE('s) ATTORNEY GENERAL !

⑥→ NEW YORK STATE('s) GOVERNOR !

WELL WISHINGS RESPECT'S, REGARDS, BESTS.

WED - NOV. 22. 2023, 5:01 PM + 5:03 PM
IAPP U.S.A. INC. MOSHIR, AV

⑦→ INTERNATIONAL : ①→ CRIMINAL COURT'S PRESIDENT!
　　　　　　　　　　②→ CRIMINAL COURT !
③→ COURT OF JUSTICES' PRESIDENT !
④→ COURT OF JUSTICES !

OF WHILE (AND) AS

PAGE 2 OF 4

THE / THESE CORRESPONDEDS OF DATED: WED.
NOV. 22. 2023,
1:27PM

OF 4 PAGES SHALL HAVE BEEN

TRACKING NUMBERED MAILED, TO (AND) THROUGH;

THE:

U.S.A. SECRETARY OF STATE
OF AT THE ADDRESS OF
2201 C STREET., NW
WASHINGTON, DC
20520
U.S.A.

OF SO AS; FOR (AND) INTO; THE:

RECEIPTS, POSSESSIONS, ETC... OF

THE: TWELVE (12) STATED (INCLUDING:

U.S.A. ATTORNEY GENERAL
+
U.S.A. FBI DIRECTOR
+
OTHERS

OF INTENDED, TO; BE (AND) HAVE BEEN:

RECIPIENTS OF AS ADDRESSEES

AS ADDRESSED

OF, FOR

ENTITIES OF THE LISTED TWELVE (12)

SO AND THEREFORE

AS ATTACHED TO THESE SAID CORRESPONDEDS OF DATED: -
/THE

- WED - NOV. 22. 2023, 1:27 PM ; FIND AS ARE, TO BE (AND) -

- TO HAVE BEEN, FOUND :

(I.) → AN / THE (A / THE) FEDEX ENVELOPE

CWHICH FEDEX ENVELOPE
CONTAINS : NINE (9) PAGES OF

THE:
"☐O INDEPENDENT AND GLOBALIST
POLITICAL PARTY
OF
UNITED STATES OF AMERICA
INCORPORATED O☐" 'S ("☐O IGPP U.S.A. INC. O☐'S)

CORRESPONDEDS OF DATED: THU - NOV. 09. 2023, 3:30 PM ('S)

(II.) → THE SUCH SAID : NINE (9) PAGES OF DATED: THU-
CARRY ALSO / ALSO CARRY →                              NOV. 09. 2023,
3:30 PM ('S)

34 PAGES OF ATTACHMENTS !

HERE [IN, BY (AND) THROUGH]

PAGE 4 OF 4

AS WELL; TAKE NOTICES, AS: {NOT; HERE-TO: ATTACHED},
BUT AS AT THE (AND/OR/AS) REFER TO THE: COURT OF THE BELOW IN THESE
FOLLOWINGS DISCUSSED] -
SO; TO; FIND (FIND), LOCATE; THE: ALSO LEGAL DOCUMENTS
OF THE; "∞ IGPP U.S.A. INC. 0☐" ('s)-
OF CORRESPONDEDS (WHICH HAVE BEEN FILED) OF SO
AS ON; YESTERDAY (TUE- NOV. 21. 2023) WHILE ALONG WITH 30 PIECES OF
ATTACHMENTS;
AS, THROUGH (AND) AT, THE: NEW YORK STATE('s) SOUTHERN-
-DISTRICT('s) U.S.A. DISTRICT COURT / → 40 FOLEY SQUARE
                                          NEW YORK, NEW YORK,
                                          10007,
                                          U.S.A.

YET WHILE SO AS HAVING BEEN FILED, AT (AND) THROUGH, THE:
PRO SE INTAKE OFFICE (+/AS) MR. DIAZ OF THE SUCH
SAID: PROSE INTAKE OFFICE, FURTHER YET WHILE AS SO-
AS FOR + HAVING BEEN FILED OF SO AS
WITH (AND) THROUGH, THE SUCH SAID; MR. DIAZ OF AT-
THE TIME OF; BY/AROUND/AT; 3:35 PM (OF, FOR) THE SAID: -
-TUE- NOV. 21. 2023 !
                        ↓
                    BETWEEN;
                    3:30PM (AND) 3:35 PM

AS (AND) OF, THE SUCH; SAID, ADDRESSED: SUBMIT (TEDS/IONS) [AND/OR/AS]
-FILEDS, HAVE BEEN OF; [DATED AS: SAT/SHABBAT- NOV. 18. 2023, 10:05 AM.
(AND) IN TWENTY (20) PAGES]

FIND THE SEAL [S/ING/INGS] (OF, FOR, TO, IN) THE/THESE,
CORRESPONDEDS OF DATED: WED- NOV. 22. 2023, 1:27PM('s),
SO AS ON; THE (THE)/THEIR: PAGE 1 OF 4.
AS THROUGH: SIGNATURE, ETC ...